```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN TORO,

                    Plaintiff,

        - against -

CITY OF NEW YORK, ADMINISTRATION FOR              JUDGMENT
CHILDREN'S SERVICES, MAYOR MICHAEL                12-CV-4093 (RRM) (RLM)
BLOOMBERG, COMMISSIONER JOHN
MATTINGLY, COMMISSIONER RONALD E.
RICHTER, P.O. "JOHN DOE" #1–50,
TEAMSTERS LOCAL 237, PRESIDENT
GREGORY FLOYD, EMPLOYER "JOHN DOE"
#1-50,

                    Defendants.
------------------------------------------------------------X
```
ROSLYNN R. MAUSKOPF, United States District Judge.

A Memorandum and Order of the undersigned having been issued this day granting defendants' motion for summary judgment, dismissing the complaint, and directing the Clerk of Court to enter judgment accordingly; it is hereby

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; that the complaint is dismissed with prejudice; and that this case is hereby closed.

SO ORDERED.

*/s/  Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       March 6, 2015               _____
                                   ROSLYNN R. MAUSKOPF
                                   United States District Judge